1022

A. J. WALDOCK, Trustee of and for Home Builders' Lumber Company, v. CHOC-TAW LUMBER COMPANY.

No. 1161.

Circuit Court of Appeals, Tenth Circuit.

Oct. 15, 1934.

F. E. Riddle, of Tulsa, Okl., for appellant.

Watson, Ess, Groner, Barnett & Whittaker, of Kansas City, Mo., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed for failure to prosecute.

Alice W. WHITNEY, Sole Heir, Estate of Albert G. Whitney, Appellant, v. Levi M. WILLCUTS, Individually and as Collector, etc.

No. 10172.

Circuit Court of Appeals, Eighth Circuit.

Oct. 29, 1934.

W. A. Marin and John J. Stoller, both of Minneapolis, Minn., for appellant.

George F. Sullivan, U. S. Atty., of St. Paul, Minn., for appellee.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this court, on agreement of counsel.

Mrs. Mary WILLIS v. COMMISSIONER OF INTERNAL REVENUE.

No. 1172.

Circuit Court of Appeals, Tenth Circuit.

Nov. 28, 1934.

Albert L. McRill, of Oklahoma City, Okl., for petitioner.

Robert H. Jackson, Asst. Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Petition for review dismissed on motion of respondent, petitioner consenting.

S. Davis WILSON et al., Appellants, v. PHILADELPHIA RAPID TRANSIT CO.

No. 5629.

Circuit Court of Appeals, Third Circuit.

Nov. 16, 1934.

L. Stauffer Oliver, S. Davis Wilson, and Joseph Sharfsin, all of Philadelphia, Pa., for appellants.

Frederic L. Ballard, George Wharton Pepper, and Allen Hunter White, all of Philadelphia, Pa., for appellee.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

PER CURIAM.

On the facts stated and for the reasons given by the District Court in its opinion, its decree (8 F. Supp. 51) dismissing the petition is affirmed.